IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL JONES, JR.**                                                    **PLAINTIFF**

VS.                             **CASE NO. 4:11CV00780 HDY**

**MICHAEL ASTRUE, Commissioner,**
    **Social Security Administration**                        **DEFENDANT**

**ORDER**

The plaintiff's motion for extension of time (docket entry no. 12) is granted, and the plaintiff is directed to submit his brief on or before March 20, 2012. The defendant's brief shall be due 42 days from the date that plaintiff's brief is served.

IT IS SO ORDERED this   29   day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE